IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANDRE D. KANAYA #61224-004                                               PETITIONER

VS.                                           CIVIL ACTION NO.  5:07cv55DCBMTP

CONSTANCE REESE, Warden                                                RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that respondent's motion to dismiss [10] is granted and that Kanaya's petition for writ of habeas corpus should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the   5th    day of July, 2007.


                                    s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE